# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FILED 20 APR '23 11:33 USDC-ORP

Case No. 3:23-cv-588 HZ

*(to be filled in by the Clerk's Office)*

Derrek Gilliam
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

Metro Consolidated ~ 76 Hollywood gas
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Derrek Gilliam |
| Street Address | 7901 SE Powell Blvd |
| City and County | Portland, Multnomah |
| State and Zip Code | OR 97206 |
| Telephone Number | 206-849-4003 |
| E-mail Address | |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Metro Consolidated
- Job or Title (if known):
- Street Address: ~~xxxx~~
- City and County: ~~Portland~~, OR 97009 Multnomah
- State and Zip Code: OR 90009
- Telephone Number: 503-267-0232
- E-mail Address (if known):

Defendant No. 2
- Name: 76 Holleywood
- Job or Title (if known):
- Street Address: 1510 NE 42nd Ave
- City and County: Portland, Multnomah
- State and Zip Code: OR 97213
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Aspen Dental
- Job or Title (if known):
- Street Address: 9997 SE 82nd Ave Ha
- City and County: Happy Valley, Multnomah
- State and Zip Code: OR 97084
- Telephone Number: 503-224-9009
- E-mail Address (if known):

Defendant No. 4
- Name: Providence Immediate Care Gateway
- Job or Title (if known): 1327
- Street Address: 1321 NE 97th Ave Ste 100
- City and County: Portland, OR 97220
- State and Zip Code: OR 97220
- Telephone Number: 503-215-9900
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.   ORICO
vnder is whistle blower protection ORS 659 a 199 and medical Oregon senate Bill 567

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* Derrek Gilliam , is a citizen of the State of *(name)* Oregon .

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* metro consolidated services, is incorporated under the laws of the State of *(name)* oregon, and has its principal place of business in the State of *(name)* Oregon.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* oregon.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: retaliation of

The amount of $100 thousand dollars Because now me the plaintiff is now broke and my responsibilities are adding up

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Wrongful termination~ defendant said me the plaintiff was not doing my job when the stats matched up to expectations every day average over 300 lbs. of high way trash

Defendant got everybody or all other co-workers to play apart in help him get rid of with the lunch at target incident when we been doing lunch like that everyday

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

A) give job me back with allowed 8 months to be able to put the job down on resume with 10 thousand dollars bonus for fall behind on responsibilities

B) no contestant award me $75 thousand

C) jury trail award me plaintiff 100 grand

The wrongful acts of the owner

The job is a work for the state of Oregon now an embarrassment $100 grand

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-15-2023

Signature of Plaintiff

Printed Name of Plaintiff: Derrek Gilliam

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

76 gas station Hollywood

The amount of $100 thousand dollars Because now I am broke and my responsibilities are adding up

Wrongful termination said me the plaintiff was not pumping gas when me the plaintiff pump every body's gas that allowed me

Gaslight making me the plaintiff think that it is all my fault all the time and only getting complaint from Emmanuel but it's funny from Emmanuel when someone come in the store and threaten to kill me the plaintiff more than two times

and it's not serious when a big white male use the n word and it lands in front of 76 gas station and me the plaintiff has to stop the big white male from punching the black girl in the face

Abuse with homogeneous hiring habits fired me the plaintiff but the only people good enough to work for them are young men that ethiopians or white males

Act of hypocrit that cause Retaliation or personal interest of Oregon culture outside of work found out me the plaintiff attend a gentleman club and campimg being apart of hunting

Statement of claim used me when they

Racketeering acts

Someone broke I Store went for cigarettes me the plaintiff had a cigarette stand that was small business loan eligible

Some threaten to kill me three time time the first time 7 hours later amigo rapper take was shot in Houston area where the plaintiff is from yellow has something to with about the murder was infornt of my tent the same morning

Push me out the same day of cain petroleum February 13 or 14 th

Hired a guy name adam that had superbowl number on California style shoes

where desperate for works mike people have came and threaten me at the job many of time to kill me and I have not missed a day of work when other people call out I come in to work refuse to to over time and or holiday pay

While her son Emmanuel find many excuses to fire even gaslight me about incidents at the job site or my opponents like cain I have let them know on many sketch or seemingly premeditated antics they gaslight me when they finally get the same type of employees they want they fire me on the same day I was pushed out from cain

Ultimate neglect forcing me to neglect my son when they knew my goals where to pay my tickets to get to my 18 wheel truck $200 grand

Punitive damages seemingly based by racketeering acts retaliation for being a opponent of cain $1 million dollars

Based of events with a hidden agenda Providence medical has refuse me medical care and of seemingly std
Central city concern have me medicine and it cleared up

Double team from current opponent~ The same day me the plaintiff went to providence someone followed me of the max yelling the n word while working for my now opponent cain


Ultimate neglect me not being a doctor not know how serious my sexual health and could possibly harm my natural female partners $75 million

Emotional state it is embarrassing for me being a millennial going through a medical episode with very low sense of care for diversity $75 million

Bodily harm no medical practice staff knows how or why it could be a std and would it my male organ fall of $250 million

Punitive damages keeping std s in the black race and not give me the assurance that the sexual health is properly addressed and making sure no one else is not harmed and no guess by a licensed medical $500 million -

🐘🐘🐘🐘🐘🐘🐘🐘🐘🐘🐘🐘🐘🐘

Refusal of dental care~ Aspen dental have refused me dental care of my tooth that has a sharp point that can cut my tounge

Retaliation and reprisal ~after seeing this new dentist that denied me dental care me the plaintiff my efforts to reschedule to visit the owner who successfully pulled a tooth a year before

Defendants worker hanged up phone calls and the plaintiff walked in Aspen ask why the girl lied about her name and ask to speak with receptionist that work there with experience they said they was not able to take appointments at the time to call in and then lock the door when I went back to get names

Lying by ~ called aspen dental corporate they said I was being hostile with the new dentist when this was never mentioned with the 90 days after seeing the defendant new dentist

Abuse with homogeneous hiring ~ the new dentist of the defendant said that me the plaintiff said to her are you a real dentist? and this true for she look like the nurse that help denied me medical care at providence gateway ~my mental health provider that failed to finish my mental health service through my catholic religion in Seattle~ the Seattle uw medical 3rd Avenue center Harborview nurse that failed to give me proper care where providence failed


Neglect in a pandemic~ common logic that my tooth of the plaintiff that is sharp to cut my tounge is deem possible to pull $ 8 million

Mental distress~ the fefendant trying to trick me because the new dentist dont want to pull my tooth for her and her co workers of girls own personal vendettas against men at work $8 million